Query   Reports   Utilities   Help   What's New   Log Out

# U.S. District Court
# Eastern District of Kentucky (Lexington)
# CRIMINAL DOCKET FOR CASE #: 5:25-cr-00044-GFVT-MAS-1

| | |
|---|---|
| Case title: USA v. King | Date Filed: 04/03/2025 |

| | |
|---|---|
| Assigned to: Judge Gregory F. VanTatenhove<br>Referred to: Magistrate Judge Matthew A. Stinnett | 3:25-mj-00054 |

**Defendant (1)**

**Mark Anthony King**

| **Pending Counts** | **Disposition** |
|---|---|
| 21:841(a)(1) PWID 50 GRAMS OR MORE OF METHAMPHETAMINE & COCAINE (1) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Mary Lauren Melton**, AUSA<br>U.S. Attorney's Office, EDKY<br>260 W. Vine Street<br>Suite 300<br>Lexington, KY 40507-1612<br>859-685-4802<br>Fax: 859-233-2533<br>Email: Mary.Melton@usdoj.gov<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Brittany Baker , AUSA**
U.S. Attorney's Office, EDKY
260 W. Vine Street
Suite 300
Lexington, KY 40507-1612
859-233-2661
Email: USAKYE.ECFCrimLex@usdoj.gov
*TERMINATED: 05/20/2025*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/03/2025 | 1 | INDICTMENT returned in open court as to Mark Anthony King (1) count(s) 1. (KM) (Entered: 04/03/2025) |
| 04/03/2025 | 2 | SEALED UNREDACTED Indictment re 1 Indictment by USA as to Mark Anthony King (KM) (Entered: 04/03/2025) |
| 04/03/2025 |   | Conflict Check run. (KM) (Entered: 04/03/2025) |
| 04/03/2025 | 4 | MOTION for Arrest Warrant by USA as to Mark Anthony King. Motions referred to Matthew A. Stinnett. (KM) (Entered: 04/03/2025) |
| 05/19/2025 | 7 | NOTICE OF ATTORNEY APPEARANCE Mary Lauren Melton, AUSA appearing for USA. (Melton, Mary) (Entered: 05/19/2025) |

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTAL DIVISION
## LEXINGTON

Eastern District of Kentucky
FILED
APR 03 2025
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 5:25-CR-44-GFVT
21 U.S.C. § 841(a)(1)

**MARK ANTHONY KING**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about April 10, 2024, in Fayette County, in the Eastern District of Kentucky,

**MARK ANTHONY KING**

did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine (actual) and a quantity of a mixture or substance containing a detectable amount of cocaine, each a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

Before **MARK ANTHONY KING** committed the offense charged in this Indictment, he had a final conviction for a serious drug felony, namely Conspiracy to Distribute 500 Grams or More of Cocaine in the U.S. District Court for the Eastern District of Kentucky Indictment Number 5:13-CR-02-S-JMH-04, for which he served more than 12 months imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

A TRUE BILL

███████

FOREPERSON

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

**COUNTS 1:**     **If 50 grams or more of methamphetamine (actual):**
Not less than 10 years imprisonment not more than life imprisonment, not more than a $10,000,000 fine, and not less than 5 years supervised release.

**If 50 grams or more of methamphetamine (actual) and prior serious drug felony or serious violent felony conviction:**
Not less than 15 years imprisonment and not more than life imprisonment, not more than a $20,000,000 fine, and not less than 10 years supervised release.

**If 50 grams or more of methamphetamine (actual) and two or more prior serious drug felony or serious violent felony convictions:**
Not less than 25 years imprisonment not more than life imprisonment, not more than a $20,000,000 fine, and not less than 10 years supervised release.

**If any quantity of cocaine:**
Not more than 20 years imprisonment, not more than a fine, and not less than 3 years supervised release

**If any quantity of cocaine and prior felony drug offense:**
Not more than 30 years imprisonment, not more than a $2,000,000 fine, and not less than 6 years supervised release

**PLUS:**     Mandatory special assessment of $100 per Count.

**PLUS:**     Restitution, if applicable.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# LEXINGTON

**CRIMINAL ACTION NO. 5:25-cr-44-GFVT-MAS**

UNITED STATES OF AMERICA                                                                 PLAINTIFF

V.              **MOTION OF UNITED STATES**
                **FOR ISSUANCE OF ARREST WARRANT**

**MARK ANTHONY KING**                                                                    DEFENDANT

\* \* \* \* \*

The United States moves for the issuance of an arrest warrant for the presence of the Defendant, **MARK ANTHONY KING**, returnable forthwith.

          Respectfully submitted,

          PAUL C. McCAFFREY
          ACTING UNITED STATES ATTORNEY

      By: /s/Brittany Baker
         Brittany Baker
         Assistant United States Attorney
         260 W. Vine Street, Suite 300
         Lexington, Kentucky 40507-1612
         (859) 685-4850
         Brittany.Baker2@usdoj.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO. 25-CR-00044-GFVT-MAS

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.           **NOTICE BY UNITED STATES OF APPEARANCE**

MARK ANTHONY KING                                                           DEFENDANT

\* \* \* \* \* \*

The United States gives notice that the undersigned Assistant United States Attorney will replace former Assistant United States Attorney, Brittany Baker, in this case. All pleadings should be sent to the undersigned and not to Baker.

                    Respectfully Submitted,

                    PAUL C. MCCAFFREY
                    ACTING UNITED STATES ATTORNEY

By:    s/ Mary L. Melton
        Assistant United States Attorney
        260 W. Vine Street, Suite 300
        Lexington, Kentucky 40507-1612
        Office: (859) 685-4802
        Mary.Melton@usdoj.gov

CERTIFICATE OF SERVICE

On May 19, 2025, I electronically filed this document through the ECF system which will send notice to counsel of record.

                    s/ Mary L. Melton
                    Assistant United States Attorney